IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      v.                                                 15-CR-33-A

AARON HICKS,
MARCEL WORTHY,
RODERICK ARRINGTON,
LETORRANCE TRAVIS,
JULIO CONTRERAS,

                Defendants.
_____

## GOVERNMENT'S PROPOSED SPECIAL VERDICT FORMS

      THE UNITED STATES OF AMERICA, by and through its attorney, James P. Kennedy, Jr., Acting United States Attorney for the Western District of New York, Wei Xiang, Assistant United States Attorney, of counsel, hereby files its proposed special verdict forms, and requests leave to submit such other versions of these forms as may be appropriate prior to or at the close of the evidence.

      DATED:   Buffalo, New York, August 20, 2017.

                                        JAMES P. KENNEDY, JR.
                                        Acting United States Attorney

                BY:    s/WEI XIANG
                         Assistant United States Attorney
                         United States Attorney's Office
                         Western District of New York
                         138 Delaware Avenue
                         Buffalo, New York 14202
                         716/843-5806
                         Wei.Xiang@usdoj.gov

## COUNT 1

Conspiracy to Conduct or Participate in the Affairs of an Enterprise Through a Pattern of Racketeering Activity, All in Violation of Title 18, United States Code, Section 1962(d).

### Aaron Hicks

How do you find as to the defendant, Aaron Hicks, on Count 1?

\_\_\_\_   GUILTY          \_\_\_\_   NOT GUILTY

If, and only if, you find the defendant guilty of Count 1, you must also find whether the defendant conspired to possess with intent to distribute or to distribute 5 kilograms or more of cocaine:

\_\_\_\_   PROVEN          \_\_\_\_   NOT PROVEN

### Marcel Worthy

How do you find as to the defendant, Marcel Worthy, on Count 1?

\_\_\_\_   GUILTY          \_\_\_\_   NOT GUILTY

If, and only if, you find the defendant guilty of Count 1, you must also find whether the defendant conspired to possess with intent to distribute or to distribute 5 kilograms or more of cocaine:

\_\_\_\_   PROVEN          \_\_\_\_   NOT PROVEN

If, and only if, you find the defendant guilty of Count 1, you must also find whether the defendant with intent to cause the death of another person, did intentionally and unlawfully cause the death of Kevin Gray, in violation of New York Penal Law, Sections 125.25(1) and 20.00:

\_\_\_\_   PROVEN          \_\_\_\_   NOT PROVEN

### **Roderick Arrington**

How do you find as to the defendant, Roderick Arrington, on Count 1?

\_\_\_\_   GUILTY          \_\_\_\_   NOT GUILTY

If, and only if, you find the defendant guilty of Count 1, you must also find whether the defendant with intent to cause the death of another person, did intentionally and unlawfully cause the death of Quincy Balance a/k/a Shooter, in violation of New York Penal Law, Sections 125.25(1) and 20.00:

\_\_\_\_   PROVEN          \_\_\_\_   NOT PROVEN

### **Letorrance Travis**

How do you find as to the defendant, Letorrance Travis, on Count 1?

\_\_\_\_   GUILTY          \_\_\_\_   NOT GUILTY

If, and only if, you find the defendant guilty of Count 1, you must also find whether the defendant conspired to possess with intent to distribute or to distribute 5 kilograms or more of cocaine:

\_\_\_\_   PROVEN          \_\_\_\_   NOT PROVEN

### **Julio Contreras**

How do you find as to the defendant, Julio Contreras, on Count 1?

\_\_\_\_   GUILTY          \_\_\_\_   NOT GUILTY

If, and only if, you find the defendant guilty of Count 1, you must also find whether the defendant conspired to possess with intent to distribute or to distribute 5 kilograms or more of cocaine:

\_\_\_\_   PROVEN          \_\_\_\_   NOT PROVEN

## COUNT 2

Conspiracy to Possess with Intent to Distribute, and to Distribute, Controlled Substances, All in Violation of Title 21, United States Code, Section 846.

### Aaron Hicks

How do you find as to the defendant, Aaron Hicks, on Count 2?

\_\_\_\_ GUILTY          \_\_\_\_ NOT GUILTY

If, and only if, you find the defendant guilty of Count 2, you must also find the type of controlled substance that the defendant conspired to possess with intent to distribute or to distribute (check all that apply):

\_\_\_\_ cocaine          \_\_\_\_ cocaine base          \_\_\_\_ marijuana

If, and only if, you find the defendant guilty of Count 2 and you find that the defendant conspired to possess with intent to distribute or to distribute cocaine, you must also find the weight of cocaine involved in the conspiracy (check only one):

\_\_\_\_ 5 kilograms or more

\_\_\_\_ 500 grams or more, but less than 5 kilograms

\_\_\_\_ less than 500 grams

### Marcel Worthy

How do you find as to the defendant, Marcel Worthy, on Count 2?

\_\_\_\_ GUILTY          \_\_\_\_ NOT GUILTY

If, and only if, you find the defendant guilty of Count 2, you must also find the type of controlled substance that the defendant conspired to possess with intent to distribute or to distribute (check all that apply):

\_\_\_\_ cocaine        \_\_\_\_ cocaine base        \_\_\_\_ marijuana

If, and only if, you find the defendant guilty of Count 2 and you find that the defendant conspired to possess with intent to distribute or to distribute cocaine, you must also find the weight of cocaine involved in the conspiracy (check only one):

\_\_\_\_ 5 kilograms or more

\_\_\_\_ 500 grams or more, but less than 5 kilograms

\_\_\_\_ less than 500 grams

### Roderick Arrington

How do you find as to the defendant, Roderick Arrington, on Count 2?

\_\_\_\_ GUILTY        \_\_\_\_ NOT GUILTY

If, and only if, you find the defendant guilty of Count 2, you must also find the type of controlled substance that the defendant conspired to possess with intent to distribute or to distribute (check all that apply):

\_\_\_\_ cocaine        \_\_\_\_ cocaine base        \_\_\_\_ marijuana

If, and only if, you find the defendant guilty of Count 2 and you find that the defendant conspired to possess with intent to distribute or to distribute cocaine, you must also find the weight of cocaine involved in the conspiracy (check only one):

\_\_\_\_ 5 kilograms or more

\_\_\_\_ 500 grams or more, but less than 5 kilograms

\_\_\_\_ less than 500 grams

### Letorrance Travis

How do you find as to the defendant, Letorrance Travis, on Count 2?

\_\_\_\_    GUILTY            \_\_\_\_    NOT GUILTY

If, and only if, you find the defendant guilty of Count 2, you must also find the type of controlled substance that the defendant conspired to possess with intent to distribute or to distribute (check all that apply):

\_\_\_\_    cocaine          \_\_\_\_    cocaine base         \_\_\_\_    marijuana

If, and only if, you find the defendant guilty of Count 2 and you find that the defendant conspired to possess with intent to distribute or to distribute cocaine, you must also find the weight of cocaine involved in the conspiracy (check only one):

\_\_\_\_    5 kilograms or more

\_\_\_\_    500 grams or more, but less than 5 kilograms

\_\_\_\_    less than 500 grams

**Julio Contreras**

How do you find as to the defendant, Julio Contreras, on Count 2?

\_\_\_\_    GUILTY            \_\_\_\_    NOT GUILTY

If, and only if, you find the defendant guilty of Count 2, you must also find the type of controlled substance that the defendant conspired to possess with intent to distribute or to distribute (check all that apply):

\_\_\_\_    cocaine          \_\_\_\_    cocaine base         \_\_\_\_    marijuana

If, and only if, you find the defendant guilty of Count 2 and you find that the defendant conspired to possess with intent to distribute or to distribute cocaine, you must also find the weight of cocaine involved in the conspiracy (check only one):

\_\_\_\_    5 kilograms or more

\_\_\_\_    500 grams or more, but less than 5 kilograms

\_\_\_\_    less than 500 grams

## COUNT 3

Possession of Firearms in Furtherance of Crime of Violence and Drug Trafficking Crime, All in Violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

### Aaron Hicks

How do you find as to the defendant, Aaron Hicks, on Count 3?

\_\_\_\_    GUILTY            \_\_\_\_    NOT GUILTY

### Marcel Worthy

How do you find as to the defendant, Marcel Worthy, on Count 3?

\_\_\_\_    GUILTY            \_\_\_\_    NOT GUILTY

### Roderick Arrington

How do you find as to the defendant, Roderick Arrington, on Count 3?

\_\_\_\_    GUILTY            \_\_\_\_    NOT GUILTY

### Letorrance Travis

How do you find as to the defendant, Letorrance Travis, on Count 3?

\_\_\_\_    GUILTY            \_\_\_\_    NOT GUILTY

## COUNT 4

Possession of Firearms in Furtherance of Drug Trafficking Crime, All in Violation of

Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

How do you find as to the defendant, Julio Contreras, on Count 4?

\_\_\_\_   GUILTY         \_\_\_\_   NOT GUILTY

### COUNT 5

Murder in Aid of Racketeering Activity, All in Violation of Title 18, United States Code, Sections 1959(a)(1) and 2.

How do you find as to the defendant, Marcel Worthy, on Count 5?

\_\_\_\_   GUILTY         \_\_\_\_   NOT GUILTY

### COUNT 6

Discharge of Firearm Causing Death in Furtherance of Crime of Violence, All in Violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii), 924(j)(1), and 2.

How do you find as to the defendant, Marcel Worthy, on Count 6?

\_\_\_\_   GUILTY         \_\_\_\_   NOT GUILTY

### COUNT 7

Murder in Aid of Racketeering Activity, All in Violation of Title 18, United States Code, Sections 1959(a)(1) and 2.

How do you find as to the defendant, Roderick Arrington, on Count 7?

\_\_\_\_   GUILTY         \_\_\_\_   NOT GUILTY

### COUNT 8

Discharge of Firearm in Furtherance of Crime of Violence, All in Violation of Title

18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

How do you find as to the defendant, Roderick Arrington, on Count 8?

\_\_\_\_   GUILTY        \_\_\_\_   NOT GUILTY

### COUNT 9

Discharge of Firearm Causing Death in Furtherance of Crime of Violence, All in Violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii), 924(j)(1), and 2.

How do you find as to the defendant, Roderick Arrington, on Count 9?

\_\_\_\_   GUILTY        \_\_\_\_   NOT GUILTY

### COUNT 10

Attempted Murder in Aid of Racketeering Activity, All in Violation of Title 18, United States Code, Sections 1959(a)(5) and 2.

How do you find as to the defendant, Roderick Arrington, on Count 10?

\_\_\_\_   GUILTY        \_\_\_\_   NOT GUILTY

### COUNT 11

Discharge of Firearm in Furtherance of Crime of Violence, All in Violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

How do you find as to the defendant, Roderick Arrington, on Count 11?

\_\_\_\_   GUILTY        \_\_\_\_   NOT GUILTY

### COUNT 12

Possession of Heroin with Intent to Distribute, All in Violation of Title 21, United

States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

How do you find as to the defendant, Roderick Arrington, on Count 12?

\_\_\_\_   GUILTY           \_\_\_\_   NOT GUILTY

## COUNT 13

Maintaining Drug-Involved Premises, All in Violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

How do you find as to the defendant, Roderick Arrington, on Count 13?

\_\_\_\_   GUILTY           \_\_\_\_   NOT GUILTY

## COUNT 14

Possession of Firearm in Furtherance of Drug Trafficking Crimes, All in Violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

How do you find as to the defendant, Roderick Arrington, on Count 14?

\_\_\_\_   GUILTY           \_\_\_\_   NOT GUILTY

## COUNT 15

Possession of Firearm and Ammunition by Convicted Felon, All in Violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

How do you find as to the defendant, Roderick Arrington, on Count 15?

\_\_\_\_   GUILTY           \_\_\_\_   NOT GUILTY

**Final Instructions**

Have the jury foreperson sign and date the form below.

       **I certify this verdict to be true and accurate.**

_____
Foreperson

**Dated:** _____