UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                    v.

AARON HICKS,

                    Defendant.

**JURY VERDICT**
15-CR-033-A

---

## VERDICT OF THE JURY

Having been instructed on the law applicable to this case, you are now required to make a unanimous finding of guilty or not guilty for each Count charged in the Indictment. In addition, Counts 1 and 2 require you to answer several additional questions if you find the Defendant, Aaron Hicks, guilty of those Counts. If you answer any of these additional questions, your answers to the questions must be unanimous.

The Government, to prevail, must prove the essential elements of each Count beyond a reasonable doubt. If the Government does so, your verdict should be guilty as to that Count; if it fails, your verdict should be not guilty. As noted, your answer to every question on this verdict form must be unanimous. A copy of the Indictment has been provided to you and marked as Court Exhibit No. 3.

## COUNT 1

### (Racketeering Conspiracy)

How do you find as to the Defendant, Aaron Hicks, on Count 1 of the Indictment?

Guilty_____   Not Guilty_____

*Unable to reach a unanimous verdict.*

If you find the Defendant, Aaron Hicks, guilty as to Count 1, proceed to the next question. If you find the Defendant, Aaron Hicks, not guilty as to Count 1, proceed to the next page to consider Count 2.

### Special Factor as to Count 1

Do you find that, beginning in or before 2000 and continuing until on or about February 24, 2015, in the Western District of New York and elsewhere, the Defendant, Aaron Hicks, knowingly, intentionally, willfully, and unlawfully combined, conspired, and agreed with others to possess with the intent to distribute, and to distribute, 5 kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)?

Yes _____   No _____

## COUNT 2

### (Narcotics Conspiracy)

How do you find as to the Defendant, Aaron Hicks, on Count 2 of the Indictment?

Guilty __✓__    Not Guilty_____

If you find the Defendant, Aaron Hicks, guilty as to Count 2, proceed to the next question. If you find the Defendant, Aaron Hicks, not guilty as to Count 2, proceed to page 5 to consider Count 3.

### First Special Factor as to Count 2

If you find the Defendant, Aaron Hicks, guilty of Count 2, you must also find the type of controlled substance(s) that he conspired to possess with intent to distribute or to distribute (check all that apply):

_____ cocaine

_____ cocaine base

__✓__ marijuana

If you find that the Defendant, Aaron Hicks, conspired to possess with intent to distribute, or to distribute, cocaine, proceed to the next question. If you do not find that the Defendant, Aaron Hicks, conspired to possess with intent to distribute, or to distribute, cocaine (regardless of whether you find that he conspired to possess with intent to distribute, or to distribute, cocaine base or marijuana), proceed to the next page to consider Count 3.

## Second Special Factor as to Count 2

If you find the Defendant, Aaron Hicks, guilty of Count 2, and if you also find that he conspired to possess with intent to distribute, or to distribute, cocaine, you must also find the weight of cocaine involved in the conspiracy (check only one):

\_\_\_\_  5 kilograms or more

\_\_\_\_  500 grams or more, but less than 5 kilograms

\_\_\_\_  less than 500 grams

## COUNT 3

**(Possession of Firearm in Furtherance of a Crime of Violence or a Drug Trafficking Crime)**

How do you find as to the Defendant, Aaron Hicks, on Count 3 of the Indictment?

Guilty _____    Not Guilty __✓__

### FINAL INSTRUCTIONS

Now that you have completed the verdict sheet, place it in the envelope provided and seal the envelope. Inform the Court by a written note that you have reached a verdict. Do not disclose the verdict to the Court or anyone else until you are asked to do so by the Judge in open Court.

**I CERTIFY THIS VERDICT TO BE TRUE AND ACCURATE.**

_____
Signature of Jury Foreperson

DATED: 10/13/17