**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA,      )
                               ) Case No. 1:15-CR-00033
                               )          (RJA)(HBS)
              Plaintiff,       )
                               )
vs.                            ) February 1st, 2019
                               )
AARON HICKS,                   )
                               )
              Defendant.       )
```

**TRANSCRIPT OF SENTENCING**
**BEFORE THE HONORABLE RICHARD J. ARCARA**
**SENIOR UNITED STATES DISTRICT JUDGE**

APPEARANCES:

For the Plaintiff:   JAMES P. KENNEDY, JR.
                     UNITED STATES ATTORNEY
                     BY:  PAUL PARISI, ESQ.
                     ASSISTANT UNITED STATES ATTORNEY
                     138 Delaware Avenue
                     Buffalo, NY 14202

For the Defendant:   ROBERT ROSS FOGG, ESQ.
                     69 Delaware Avenue, Suite 600
                     Buffalo, NY 14202

Court Reporter:      MEGAN E. PELKA, RPR
                     Robert H. Jackson Courthouse
                     2 Niagara Square
                     Buffalo, NY 14202

1

| | | |
|---|---|---|
| 12:59PM | 1 | THE CLERK:  Criminal action 2015-33A.  United States |
| 12:59PM | 2 | v. Aaron Hicks.  Sentencing.  Counsel, please state your name |
| 12:59PM | 3 | and the party you represent for the record. |
| 12:59PM | 4 | MR. PARISI:  Paul Parisi for the United States.  Good |
| 12:59PM | 5 | afternoon, Your Honor. |
| 12:59PM | 6 | MR. FOGG:  Attorney Robert Ross Fogg for Aaron Hicks |
| 12:59PM | 7 | present in court, Judge.  Good afternoon. |
| 01:00PM | 8 | THE COURT:  Good afternoon. |
| 01:00PM | 9 | MR. FOGG:  Your Honor would you like us to -- |
| 01:00PM | 10 | THE COURT:  No, stay right there. |
| 01:00PM | 11 | MR. FOGG:  Understand, Judge. |
| 01:00PM | 12 | THE COURT:  You filed a motion excluding the 851 |
| 01:00PM | 13 | filing? |
| 01:00PM | 14 | MR. FOGG:  Yes, Judge. |
| 01:00PM | 15 | THE COURT:  And I haven't had a chance to study it. |
| 01:00PM | 16 | MR. FOGG:  I understand. |
| 01:00PM | 17 | THE COURT:  I just got it and the government's |
| 01:00PM | 18 | response is inadequate.  The quick look I took at it, there |
| 01:00PM | 19 | has to be more discussion about their position about this |
| 01:00PM | 20 | motion.  This is an important thing, because this has a major |
| 01:00PM | 21 | impact on what the sentence will be. |
| 01:00PM | 22 | MR. FOGG:  Yes, Judge. |
| 01:00PM | 23 | THE COURT:  This is not some bogus, superficial type |
| 01:00PM | 24 | of motion.  This has severe consequences and I have to be |
| 01:00PM | 25 | fully briefed on this.  You may need to run an evidentiary |

```
01:00PM    1   hearing on this matter.  So, I am not happy -- well, first of
01:00PM    2   all, I'm not happy with the government's submission at all.
01:00PM    3   Secondly, I haven't had a chance to really study the motion.
01:00PM    4           MR. FOGG:  I understand.
01:00PM    5           THE COURT:  I know how significant it is and in all
01:01PM    6   fairness to your client, I've got to make sure that I am
01:01PM    7   totally prepared to deal with this issue.
01:01PM    8           MR. FOGG:  And I appreciate it.
01:01PM    9           THE COURT:  Because it has significant consequences
01:01PM   10   on what the possible sentence would be.  So, I'm going to give
01:01PM   11   you two weeks to file a response that's more complete.  You
01:01PM   12   can have a week to address the government's response and we'll
01:01PM   13   have the argument and the sentencing on -- well, we'll see
01:01PM   14   where we're going to go from there.
01:01PM   15           Two weeks, the following week, give you three days to
01:01PM   16   reply if you want to, Mr. Fogg.  Then, we'll have argument on
01:01PM   17   the motion a day or two later.  In all fairness, this case has
01:01PM   18   been pending for a number of years and certainly, Mr. Hicks
01:01PM   19   has appeal rights here and I think it's important that we get
01:01PM   20   the sentencing done so he can address those issues at the
01:01PM   21   Second Circuit.
01:01PM   22           MR. FOGG:  Understand, Judge.  Judge, I have a trial
01:02PM   23   beginning in Lockport on February 11th.  If we have to come
01:02PM   24   back within that time, I'll probably seek your permission to
01:02PM   25   somewhere persuade the trial court --
```

| | | |
|---|---|---|
| 01:02PM | 1 | THE COURT: That's fine, Mr. Fogg. |
| 01:02PM | 2 | MR. FOGG: Thanks. |
| 01:02PM | 3 | THE CLERK: Government's papers will be due February |
| 01:02PM | 4 | 15th. The defense reply papers will be due February 20th. |
| 01:02PM | 5 | Sentencing will be rescheduled. Sentencing, February 22nd and |
| 01:02PM | 6 | the time for that will be 1 o'clock p.m. |
| 01:03PM | 7 | MR. FOGG: I'm sorry? |
| 01:03PM | 8 | THE CLERK: 1 o'clock p.m. on February 22nd. |
| 01:03PM | 9 | THE COURT: I know there's, Mr. Fogg, there's a |
| 01:03PM | 10 | number of people here on behalf of Mr. Hicks. I'm sorry for |
| 01:03PM | 11 | the inconvenience, especially with what we've gone through the |
| 01:03PM | 12 | last few days with the weather, but this is such an important |
| 01:03PM | 13 | matter that I just feel in all fairness to everyone here, we |
| 01:03PM | 14 | need to have further briefing on this point. |
| 01:03PM | 15 | MR. FOGG: I agree, Judge and I thank you for your |
| 01:03PM | 16 | consideration. |
| 01:03PM | 17 | THE COURT: Okay. |
| 01:03PM | 18 | (Proceedings ended.) |

```
 1                  *    *    *    *    *    *    *

 2

 3              I certify that the foregoing is a

 4         correct transcription of the proceedings

 5         recorded by me in this matter.

 6

 7

 8

 9                              s/ Megan E. Pelka, RPR

10                              Court Reporter,
```