August 18, 2023

Aaron Hicks #23995-055
FCI McKean
PO Box 8000
Bradford, PA 16701

Clerk of the Court
U.S. District Court
2 Niagara Square
Buffalo, NY 14202

RE: Case No. 15-cr-33A
    U.S. v. Hicks

Dear Court Clerk,

   I am the Defendant in the above referenced case. I am currently incarcerated at the FCI McKean facility in Bradford, Pennsylvania. I have recently learned that I will be transferred to another facility on about August 24, 2023. I have not been informed of which facility that I will be transferred to. Inmate transfers in the Bureau of Prisons may take anywhere from several days to several weeks.

   As such, I am requesting that the Court not mail any documents to me until I complete the transfer process and can notify the Court of my new prison address.

Sincerely,

*Aaron Hicks*

Aaron Hicks



FCI McKean
Aaron Hicks #23995-055
PO Box 8000
Bradford, PA 16701

15-CR-33

United States District Court
Clerk's Office
2 Niagara Square
Buffalo, NY 14202