TRULINCS 23995055 - HICKS, AARON - Unit: MEM-D-B

---

FROM: 23995055
TO: Drake, Jamesa J; Hicks, Dontaya
SUBJECT: Objections to Governments response
DATE: 09/19/2023 03:29:53 PM

In the United States District Court
For The Western District OF New York

United States OF America, )
    Plaintiff )
)
v. )
) Case No. 15-cr-33-RJA-HBS
AARON HICKS, )
    Defendant )
)

*FILED SEP 26 2023 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

## Motion For Objections to The Governments Response to Defendants Recusal Motion

Now comes the Defendant, Aaron Hicks, Hereinafter "Hicks", pro se hereby moves this honorable court to accept these objections to the governments response, dkt# 1032; and in doing so ask this court to recuse itself from any and all further proceedings in this matter pursuant to 28 USC 455(a) and/or 455(b) and US v. Rechnitz, case No 20-1011cr, 2023 USApp Lexis 19054 (2nd Cir. July 26, 2023).

### I. Standards

Mr.. Hicks, submits this filing without having any formal training or study in the science of law. Per the Supreme Court, pleadings filed by pro se litigants are to be liberally construed as to do justice and held to less standards than that of trained attorneys. See Haines v. Kerner, 404 US 519,520 (1972); Erickson v. Pardus, 551 US 89,94 (2007); Harris v. Miller, 818 F. 3d 49 (2nd cir. 2016).

### II. Objections/Argument

The government basis the root of their argument, asking this court to deny Hicks motion for recusal on an at best clerical error and not based on the substance and or allegations of the juror affidavits.

The government states at foot note 1 that "The Barbary Affidavit shows that it was executed sometime during the month of April 2023, but it omits any precise date." The government argues, because of this "The motions principal basis the undated, untimely Barbary affidavit is inadmissible under 28 1746, the federal statute governing unsworn declarations."

This court should not entertain this argument from the government. Without conceding, if the Barbary affidavit does lack a precise Date, Private Investigator Paul H. Lawrence has and can provide this court with documented proof along with his supporting affidavit that shows without a doubt that the Barbary affidavit was signed by Ms.Barbary on April 23, 2023. An evidentiary hearing would also prove these relevant facts. Further more, if it please the court, Private Investigator Paul H. Lawrence can have Ms. Barbary sign and date a new Affidavit.

The government wants this court to focus on a potential clerical error and not the substance and/or allegations of these two affidavits, which is the ex parte communications between a trial judge and at least two jurors. Ms. Barbary alleges that the judge had inappropriate ex parte communications with her in his chambers during deliberations; Ms. Kessel alleges that she witnessed another juror send a letter to the "judge", not the court. Neither of these allegations of ex parte communications was ever reported to the court.

Most recently the 2nd circuit saw that ex parte communications "would cause a reasonable person to question the district judges impartiality and was sufficient to necessitate recusal under 455(a)." US v. Rechnitz, Case No. 20-1011cr, 2023 USApp 19054 (2d Cir. July 26, 2023).

Furthermore, these two Juror affidavits are evidence that an evidentiary hearing needs to be held. In an evidentiary hearing Hicks would not only call "at least" two jurors as witnesses, but also the judge, who would be a key witness as well. No clerical error can change this fact or alter the substance of these troubling allegations.

### III. Conclusion

For the reasons stated herein above and also in Hicks recusal motion, dkt#1022; the defendant respectfully requests that the court accept these objections to the governments response to recusal motion dkt# 1032. and recuse itself from any and all further proceedings in this matter in accordance with USC 455(a) and 455(b).

Respectfully submitted,

*[signature]*
Aaron Hicks #23995-055

TRULINCS 23995055 - HICKS, AARON - Unit: MEM-D-B

---

FROM: 23995055
TO: Hicks, Dontaya
SUBJECT: Certificate of Service
DATE: 09/19/2023 03:34:10 PM

Certificate of Service
I, Aaron Hicks, Hereby ceritfy that I mailed a copy of this document to the U.S. Attorney's office on September 23, 2023 using the FCI Memphis prison mail System.

*[signed]* Aaron Hicks   9-20-23
Aaron Hicks #23995-055

Case 1:15-cr-00033-RJA-HBS   Document 1033   Filed 09/26/23   Page 3 of 3

Aaron Hicks #23095-055
FCI Memphis
P.O. Box 34550
Memphis, TN 38184

15-CR-33

Clerk of the Court
U.S. District Court, WDNY
2 Niagara Square
Buffalo, NY 14202

MEMPHIS TN 380
21 SEP 2023 PM 3 L

USDC - WDNY
SEP 26 2023
BUFFALO

14202-335099