Jerome Grant

Date:

The Honorable Richard J. Arcara

United States District Court

Western District of New York

2 Niagara Square

Buffalo, NY 14202

### Re: United States v. Aaron Hicks, Case No. 15-CR-33-A

### Support for Evidentiary Hearing on 28 U.S.C. § 2255 Motion

Dear Judge Arcara,

My name is Jerome Grant, and I testified as a cooperating witness in the above-captioned case. I am writing this letter voluntarily and of my own free will.

As the Court is aware, I have already submitted a sworn affidavit admitting that portions of my testimony at Mr. Hicks's trial were untrue and were given under prosecutorial pressure. I stand by every word of that affidavit and respectfully ask for the opportunity to appear before this Court to correct the record in person.

Since my release from prison, I have worked hard to rebuild my life and to live as an upright, contributing member of society. I have maintained steady employment, volunteer regularly feeding the homeless through The Way Out Outreach in Greenville, South Carolina, and was recently baptized. I attend church services every Sunday and strive each day to help others the way I was helped.

These experiences have changed me deeply. I now see that the truth must be spoken completely, no matter the cost. I carry the weight of knowing that my testimony helped convict an innocent man, and I want the chance to make that right before this Court.

I respectfully ask when I may be called to testify in any evidentiary hearing related to Mr. Hicks's motion. I am preparing myself financially and logistically to travel from South Carolina to New

York whenever the Court deems appropriate.

Thank you for your time and consideration. I am grateful for the opportunity to take responsibility and to tell the truth.

Respectfully,

Signature /s/ Jerome Grant

**Jerome Grant**

Subscribed and sworn to before me on this 16th day of October, 2025, by Jerome Grant, who personally appeared before me and acknowledged that he executed the foregoing letter voluntarily and of his own free will.

_Catherine Ann Hurley_

Notary Public

My Commission Expires: 7/5/2026

(Seal)

Jerome Grant
~~170~~ 5758 Highway 85 Apt G.307
Riverdale GA 30274

15-CR-33

Richard J. Arcara
United BStates District Court
2 Niagara SQuare
Buffalo NY 14202